UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ARNOLD OCASIO,**

-vs-  Case No. 6:06-cv-349-Orl-28KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This case is before the Court on Unopposed Motion to Remand (Doc. No. 6) filed July 12, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 12, 2006 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is remanded to the Commissioner of Social Security.

3. All pending motions are **DENIED** as moot.

4.   After remand to the Commissioner of Social Security, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of August, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party